Mildred C. KNIGHT; Bobby Knight, III, Plaintiffs–Appellants,

v.

EPISCOPAL CHURCH OF the UNITED STATES; Bishop Katharine Jefferts Schori; Episcopal Diocese of Lower South Carolina; Reverend Mark J. Lawrence; Episcopal Church Home; Family Services Incorporated; Iris Albright; Irvin Condon; Walter Kauffman; Glenn Churchill; John Does; Jane Does; Linda K. Jones; C. Chloe; Frederick R. Tonney, Defendants–Appellees.

No. 10–1947.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2010.

Decided: Nov. 24, 2010.

Mildred C. Knight, Bobby Knight, III, Appellants Pro Se.

Before AGEE, Circuit Judge, and HAMILTON, Senior Circuit Judge.*

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mildred C. Knight and Bobby Knight, III, appeal the district court's orders denying their motion to reconsider the order adopting the magistrate judge's report and recommendation and dismissing their purported civil rights action for lack of juris-

diction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Knight v. Episcopal Church of the United States,* No. 2:10–cv–00516–DCN, 2010 WL 3009308 (D.S.C. July 26, 2010 & Aug. 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*